# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0067
Lower Tribunal Nos. 19-294 AP, 19-3449 CC

_____

**House Golden Rule, LLC, et al.,**
Appellants,

vs.

**F.Y.E.S. Holdings, Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Diaz, Reus & Targ, LLP, and Michael Diaz, Jr., George Diaz, Roland Potts, and Ta'Ronce Stowes, for appellants.

Navarro | McKown, and Luis F. Navarro, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.